UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER M. RAINE,

   Plaintiff,

v.

MICHAEL P. RANDLE, *Director,*
*Illinois Department of Corrections*, *et al.*,

   Defendants.

Case No. 10-cv-347-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: June 14, 2011**        **NANCY ROSENSTENGEL**

        **By:s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**